IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| GREG SIMPSON AND MARY PAUOLE, on behalf of themselves, and all others similarly situated, | ) ) ) ) ) | Civil Action No. 2:17-cv-1266-RMG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| RJ WALKER, LLC d/b/a MY FATHER'S MOUSTACHE, and ROBERT J. WALKER, V, individually, Defendants. | ) ) ) ) ) ) ) | |

    The captioned Plaintiffs on behalf of themselves and the Opt-In Plaintiffs (collectively the "Plaintiffs"), and Defendants RJ Walker, LLC, d/b/a My Father's Moustache, and Robert J. Walker, V (hereinafter referred to as "Defendants") (collectively with Plaintiffs referred to as the "Parties") hereby file this Joint Motion for Approval of Settlement of this matter as further set forth in the Memorandum and exhibits submitted herewith.

    The Parties submit that the terms of the Settlement Agreement represent the fair, reasonable, and adequate resolution of a *bona fide* dispute as to Defendants' alleged liability under the Fair Labor Standards Act, 29 U.S.C. § 216(b) (the "FLSA") to the Plaintiffs (the "Settlement"). The Parties respectfully request that the Court approve the Settlement Agreement and implement its terms.

| | |
|---|---|
| BRUCE E. MILLER, P.A. | GIBBS & HOLMES |
| | |
| s/ Bruce E. Miller | *s/* Allan R. Holmes |
| Bruce E. Miller | Allan R. Holmes |
| Fed I.D. No. 3393 | Federal I.D. No. 1925 |
| 147 Wappoo Creek Drive, Suite 603 | Email: aholmes@gibbs-holmes.com |
| Charleston, SC 29412 | Cheryl H. Ledbetter |
| T: 843.579.7373 | Federal I.D. No. 11446 |
| F: 843.614.6417 | Email: cledbetter@gibbs-holmes.com |
| bmiller@brucemillerlaw.com | 171 Church Street, Suite 110 |
| | Charleston, South Carolina 29401 |
| | Telephone: (843) 722-0033 |
| | Facsimile: (843) 722-0114 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

Dated this 27th day of February, 2025.

2